IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DESMOND DARNELL TURNER, Y39591, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 22-cv-2970-MAB[1] ) |
| WARDEN TIN, PONTIAC CORR. CENTER, | ) ) ) |
| Defendants. | ) ) |

# MEMORANDUM AND ORDER

**BEATTY, United States Magistrate Judge:**

On April 5, 2023, the Court directed Plaintiff Desmond Darnell Turner to file an amended complaint by May 5, 2023, because his original complaint was insufficient to state a claim under 28 U.S.C. § 1915A. (Doc. 14). The Court clearly warned Plaintiff that if he failed to file an amended complaint, his case would be dismissed for failure to state a claim or to comply with a court order. (Doc. 14); *see also* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a court has authority to dismiss an action for failure to prosecute if a party does not provide a timely response to a court order). The Court has not received any correspondence from Plaintiff. For the reasons explained in the April 5, 2023, Order the Court finds that Plaintiff has failed to state a valid claim under any potential legal theory against the named Defendants. Thus,

---

[1] This case was assigned to the undersigned for final disposition upon consent of the Plaintiff pursuant to 28 U.S.C. §636(c) (*see* Doc. 10), and by the Memorandum of Understanding between the Illinois Department of Corrections and the Court, *see* Administrative Order 259, dated March 9, 2020.

his case is subject to dismissal under 28 U.S.C. § 1915A for failure to state a claim. Plaintiff's case is now dismissed for failure to state a claim, and for failure to prosecute. The Clerk of Court is **DIRECTED** to close this case.

    **IT IS SO ORDERED.**

    **Dated**: May 16, 2023

**/s/ Mark A. Beatty**
MARK A. BEATTY
United States Magistrate Judge
